**No. 67120.**—Daiichi Bussan Kaisha, Ltd. *v.* United States, protests 58/4735, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon handkerchiefs or woven mufflers similar in use to silk scarves, handkerchiefs, and woven mufflers and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.